UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X

JOSEPH HARRIS, and CONESTOGA
CAPITAL PARTNERS LLC,

        Plaintiffs,

        - against -

EDWARD COLEMAN, THAT'S CLEVER,
INC., SENECA PRODUCTS
CORPORATION, INC., A-GAME GLOBAL,
INC., B.O.K. INTERNATIONAL TRADING,
INC., COLIN JON, and B.O.K.
INTERNATIONAL, INC.,

        Defendants.

------------------------------------------------------------- X

**ORDER OF DISCONTINUANCE**

11 Civ. 3450 (SAS)



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/30/12

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

The parties having notified the Court that they have reached a resolution of this action, IT IS HEREBY ORDERED that the above captioned action be, and the same hereby is, discontinued with prejudice but without costs; provided, however, that within thirty (30) days of the date of this Order, counsel for either side may apply by letter for restoration of the action to the calendar of the undersigned if the settlement is not effected, in which event the action will be restored. The Clerk of the Court is directed to close this case.

1

SO ORDERED:

_____
Shira A. Scheindlin
U.S.D.J.

Dated:   July 30, 2012
         New York, New York

## - Appearances -

**For Plaintiffs:**

Nicholas Emrys Owen Gaglio, Esq.
Axinn, Veltrop & Harkrider, LLP
114 West 47th Street
New York, New York 10036
(212) 728-2228

John Matthew Tanski, Esq.
Axinn, Veltrop & Harkrider LLP
90 State House Square
Hartford, Connecticut 06103
(860) 275-8100

**For Defendants:**

Darcy August Paul, Esq.
Law Offices of Darcy August Paul
20370 Town Center Lane
Cupertino, California 95014
(408) 253-0593

Wesley J. Paul, Esq.
Paul Law Group, LLP
41 Madison Ave
New York, New York 10010
(646) 202-2529