**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| JOSEPH HARRIS and J. HARRIS LLC d/b/a CONESTOGA CAPITAL PARTNERS LLC,<br><br>Plaintiffs and Counter-Defendants,<br><br>- against -<br><br>EDWARD COLEMAN, THAT'S CLEVER, INC., SENECA PRODUCTS CORPORATION, INC., A-GAME GLOBAL, INC., B.O.K. INTERNATIONAL TRADING, INC., B.O.K. INTERNATIONAL, INC., and COLIN JON,<br><br>Defendants and Counter-Plaintiffs. | X<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>X | Case No. 11 Civ. 3450 (SAS)<br>ECF Case<br><br>**RULE 41(a)(1)(A)(ii) STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND COUNTERCLAIMS** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Joseph Harris and J. Harris LLC d/b/a Conestoga Capital Partners and Defendants Edward Coleman, That's Clever, Inc., Seneca Products Corporation, A-Game Global, Inc., B.O.K. International, Inc., B.O.K. International Trading, Inc. and Colin Jon hereby stipulate to the dismissal with prejudice of all claims raised by Plaintiffs against Defendants and all Counterclaims raised by Counter-Plaintiffs against Counter-Defendants in this matter.

WHEREFORE, Plaintiffs and Defendants respectfully request that this Court enter final judgment of dismissal with prejudice of all claims and counterclaims in this case.

2

Stipulated and agreed to this 1st day of August, 2012.

| PLAINTIFFS, | DEFENDANTS, |
|---|---|
| By: /s/ John M. Tanski | By: /s/ Wesley J. Paul |
| Nicholas E.O. Gaglio, Esq.<br>Axinn, Veltrop & Harkrider LLP<br>114 West 47th Street, 22nd Floor<br>New York, NY 10036<br>Tel. 212.728.2200<br>Fax. 212.728.2201<br>Email: neog@avhlaw.com | Wesley J. Paul, Esq.<br>Darcy A. Paul, Esq.<br>Paul Law Group LLP<br>41 Madison Avenue, 25th Floor<br>New York, NY 10010<br>Tel. 646.202.2529<br>Fax. 646.514.6829<br>Email: wpaul@paullawgrp.com<br>Email: dapaul@darcypaul.com |
| John M. Tanski, Esq.<br>Axinn, Veltrop & Harkrider LLP<br>90 State House Square, 9th Floor<br>Hartford, Connecticut 06103<br>Tel. 860.275.8100<br>Fax. 860.275.8101<br>Email: jmt@avhlaw.com | *Attorneys for Defendants Edward Coleman, That's Clever, Inc., Seneca Products Corporation, A-Game Global, Inc., B.O.K. International, Inc., B.O.K. International Trading, Inc. and Colin Jon* |
| *Attorneys for Plaintiffs Joseph Harris and J. Harris LLC d/b/a Conestoga Capital Partners LLC* | |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of August, 2012, I have caused a copy of the foregoing Rule 41(a)(1)(A)(ii) Stipulation of Dismissal with Prejudice of All Claims and Counterclaims to be served by electronic mail upon the following counsel of record:

Wesley J. Paul, Esq.,
Paul Law Group LLP
41 Madison Avenue, 25th Floor
New York, New York
wpaul@paullawgrp.com

Darcy A. Paul, Esq.,
Paul Law Group LLP
41 Madison Avenue, 25th Floor
New York, New York
dapaul@darcypaul.com

Dated: August 1, 2012                By:      /s/ John M. Tanski
                                             John M. Tanski
                                             Axinn, Veltrop & Harkrider LLP
                                             90 State House Square, 9th Floor
                                             Hartford, Connecticut 06103
                                             Tel.  (860) 275-8100
                                             Fax  (860) 275-8101
                                             jmt@avhlaw.com
                                             *Attorneys for Plaintiffs*